New York, entered respectively February 28 and February 26, 1895, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Louis O. Van Doren* for appellant.

*Francis M. Scott* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur.

---

MARY M. BINGHAM, Respondent, *v.* DANIEL M. TUTTLE, Appellant.

*Matter of Bingham*, 82 Hun, 51, affirmed.
(Submitted March 5, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered December 19, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Tuttle & Ransom* for appellant.

*J. S. Baker* for respondent.

Judgment affirmed on opinion below, with costs. All concur, except MARTIN, J., not sitting.

---

MARY G. KRULDER, as Administratrix of CORNELIUS KRULDER, Deceased, Respondent, *v.* WILLIAM H. WOOLVERTON, as President of THE NEW YORK TRANSFER COMPANY, Appellant.

*Krulder v. Woolverton*, 11 Misc. Rep. 537, affirmed.
(Argued March 5, 1897; decided March 23, 1897.)

APPEAL from a judgment of the General Term of the Superior Court of the city of New York, entered March 6, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.